IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | CR.NO. 1:07Cr 87-SRW |
|---|---|---|
| | ) | [18 USC 13; Code of Ala. |
| V. | ) | 32-5A-191(a)(1)(2)] |
| | ) | |
| RANDY M. KEIPER | ) | INFORMATION |

The United States Attorney charges:
                    2006*
On or about the 23rd of November 2007 at Fort Rucker, Alabama, in the Middle District of Alabama, RANDY M. KEIPER, did unlawfully operate a motor vehicle while there was 0.08 percent or more by weight of alcohol in his blood, and did unlawfully operate a motor vehicle while under the influence of alcohol in violation of Title 18, Section 13, United States Code, and Title 32, Section 5A-191(a)(1) and (2), Code of Alabama 1975.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY


NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9807

*Offense date corrected per 1/28/08 Order (Doc #19) granting Motion to Correct/Amend filed 10/22/07 (Doc #11)

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | AFFIDAVIT |
| | ) | |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. Investigation revealed that at approximately 1:10 A.M., November 23, 2006, a vehicle approached the Fort Rucker Entrance Inspection Gate in Daleville, Alabama, with a suspect driver emitting a strong odor of alcohol from his person and slurred speech. The driver was identified as RANDY M. KEIPER. I initiated three field sobriety tests on RANDY M. KEIPER, all of which he failed or was unable to perform. RANDY M. KEIPER was apprehended and transported to the Military Police station, where he refused to provide a breath sample for a breathalyzer test, and refused to sign and acknowledge the suspension of his installation driving privileges. RANDY M. KEIPER was then transported to Enterprise Medical Center for a blood sample authorized by his unit commander.

JAMES S. KNIGHTON, PFC, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this 24 day of April 2007.

NOTARY PUBLIC

My commission expires: 13 DEC 2010