## IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| **Plaintiff,** * | |
| * | |
| VS. * | CASE NO. CR 1:07cr87-SRW |
| * | |
| **RANDY M. KEIPER** * | |
| **Defendant.** | |

### NOTICE OF APPEARANCE

Come now Andrew M. Skier, Attorney at Law, and hereby files this notice of appearance on behalf of the defendant in the above-styled cause.

Respectfully submitted this the 13th day of June, 2007.


 S/ Andrew M. Skier

ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice) (334) 263-4766 (Fax)


### CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kent Brunson, Esq.
Assistant US Attorney
One Court Square, Suite 201
Montgomery, AL  36104.

Nathan T. Golden, Esq.
Special Assistant US Attorney
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, AL  36362-5000
(334) 255-9807

 S/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice) (334) 263-4766 (Fax)
Email:  amskier@mindspring.com