IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 1:07-CR-00087-SRW |
| ) | |
| RANDY M. KEIPER ) | |
| ) | |

**UNITED STATES' NOTICE OF APPEARANCE OF COUNSEL**

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Special Assistant United States Attorney Emily M. Ruisanchez, who will be serving as counsel of record for the United States in this matter.

Respectfully submitted this the 19th of October, 2007.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
Email: emily.ruisanchez@us.army.mil

```
        IN THE DISTRICT COURT OF THE UNITED STATES
           FOR THE MIDDLE DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 1:07-CR-00087-SRW |
| | ) |
| RANDY M. KEIPER | ) |
| | ) |

### CERTIFICATE OF SERVICE

    I hereby certify that on October 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Andrew M. Skier, Attorney for Randy M. Keiper, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Randy M. Keiper.

                            Respectfully submitted,

                            LEURA GARRETT CANARY
                            UNITED STATES ATTORNEY

                            /s/ Emily M. Ruisanchez
                            EMILY M. RUISANCHEZ
                            Special Assistant United States Attorney
                            Soldier Service Center, Bldg. 5700
                            Fort Rucker, Alabama 36362
                            Telephone: (334) 255-9141
                            Fax: (334) 255-1869
                            Email: emily.ruisanchez@us.army.mil