UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CR-00087-SRW |
| | ) | |
| RANDY M. KEIPER | ) | |

## MOTION FOR LEAVE TO AMEND

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to amend its Information as follows:

Amend the information to read "the 23rd of November 2006" as the date of the charged offense.

Respectfully submitted this the 22nd day of October, 2007.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
E-mail: emily.ruisanchez@us.army.mil

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CR-00087-SRW |
| | ) | |
| RANDY M. KEIPER | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on October 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Andrew M. Skier, Attorney for Randy M. Keiper, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Randy M. Keiper.

                                   Respectfully submitted,

                                   LEURA GARRETT CANARY
                                   UNITED STATES ATTORNEY

                                 /s/ Emily M. Ruisanchez
                                 EMILY M. RUISANCHEZ
                                 Special Assistant United States Attorney
                                 Soldier Service Center, Bldg. 5700
                                 Fort Rucker, Alabama 36362
                                 Telephone: (334) 255-9141
                                 Fax: (334) 255-1869
                                 E-mail: emily.ruisanchez@us.army.mil