UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:07-CR-00087-SRW |
| ) | |
| RANDY M. KEIPER ) | |

## MOTION TO CONTINUE TRIAL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to continue the trial of the above styled case scheduled for November 5, 2007, and as grounds would show unto the court the following:

1. The undersigned Special Assistant to the United States Attorney has a work related out of town conflict that will not allow her to be present on the date selected by the court.

2. The conflict is an Article 32, UCMJ investigation in a pending court-martial case at Fort Rucker, Alabama.

3. Counsel for Mr. Randy M. Keiper has been contacted and has no objection to the continuance.

WHEREFORE, premises considered, the United States respectfully requests that this Honorable Court continue the sentencing in the above-styled case.

Respectfully submitted this the 23rd day of October, 2007.

                LEURA GARRETT CANARY
                UNITED STATES ATTORNEY

                /s/ Emily M. Ruisanchez
                EMILY M. RUISANCHEZ
                Special Assistant United States Attorney
                Soldier Service Center, Bldg. 5700
                Fort Rucker, Alabama 36362
                Telephone: (334) 255-9141
                Fax: (334) 255-1869
                E-mail: emily.ruisanchez@us.army.mil

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:07-CR-00087-SRW |
| | ) |
| RANDY M. KEIPER | ) |

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Andrew M. Skier, Attorney for Randy M. Keiper, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Randy M. Keiper.

                                        Respectfully submitted,

                                        LEURA GARRETT CANARY
                                        UNITED STATES ATTORNEY

                                        /s/ Emily M. Ruisanchez
                                        EMILY M. RUISANCHEZ
                                        Special Assistant United States Attorney
                                        Soldier Service Center, Bldg. 5700
                                        Fort Rucker, Alabama 36362
                                        Telephone: (334) 255-9141
                                        Fax: (334) 255-1869
                                        E-mail: emily.ruisanchez@us.army.mil