IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
v.                                  )            CR NO. 1:07cr087-SRW
                                    )
RANDY M. KEIPER                     )

## ORDER

For good cause, it is

ORDERED that the pretrial conference previously set for January 9, 2008 is

CANCELLED.  A pretrial telephone conference call is scheduled for March 5, 2008.  See

Doc. # 16, entered December 19, 2007.

DONE, this 3rd day of January, 2008.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE