IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 1:07cr087-SRW |
| | ) | |
| RANDY M. KEIPER | ) | |

## **ORDER**

For good cause, it is

ORDERED that the court's order (Doc. # 16) entered on December 16, 2007 is amended to set the trial during the trial term commencing March 10, 2008.[1]

DONE, this 17th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Document # 16 mistakenly set the trial for March 10, 2007.