UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Case No. 1:07-CR-00087-SRW |
| ) | |
| RANDY M. KEIPER         ) | |

### MOTION FOR LEAVE TO AMEND

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to amend its Information as follows:

Amend the information to read "the 23rd of November 2006" as the date of the charged offense.

Respectfully submitted this the 22nd day of October, 2007.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
E-mail: emily.ruisanchez@us.army.mil

**MOTION GRANTED**

THIS 28th DAY OF January, 20 08

_____
UNITED STATES MAGISTRATE JUDGE