UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CR-00087-SRW |
| | ) | |
| RANDY M. KEIPER | ) | |

**MOTION TO RESCHEDULE**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to reschedule the pretrial telephone conference call in the above-styled case scheduled for March 5, 2008, at 4:00 P.M., and as grounds would show unto the court the following:

1. The undersigned Special Assistant to the United States Attorney has a conflict that will not allow her to be telephonically or personally available on the date scheduled by the Court.

2. The conflict is a court-martial case, beginning March 5, 2008, and expected to last through March 6, 2008, at Fort Rucker, Alabama.

3. Counsel for Mr. Randy M. Keiper has been contacted and has no objection to the rescheduling.

WHEREFORE, premises considered, the United States respectfully requests that this Honorable Court reschedule the pretrial telephonic conference call in the above-styled case for an earlier date.

Respectfully submitted this the 21st day of February, 2008.

          LEURA GARRETT CANARY
          UNITED STATES ATTORNEY


          /s/ Emily M. Ruisanchez
          EMILY M. RUISANCHEZ
          Special Assistant United States Attorney
          Soldier Service Center, Bldg. 5700
          Fort Rucker, Alabama 36362
          Telephone: (334) 255-9141
          Fax: (334) 255-1869
          E-mail: emily.ruisanchez@us.army.mil

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 1:07-CR-00087-SRW |
| ) | |
| RANDY M. KEIPER   ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Andrew M. Skier, Attorney for Randy M. Keiper, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Randy M. Keiper.

    Respectfully submitted,

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY


    /s/ Emily M. Ruisanchez
    EMILY M. RUISANCHEZ
    Special Assistant United States Attorney
    Soldier Service Center, Bldg. 5700
    Fort Rucker, Alabama 36362
    Telephone: (334) 255-9141
    Fax: (334) 255-1869
    E-mail: emily.ruisanchez@us.army.mil