IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07cr87-SRW |
| | ) | |
| RANDY M. KEIPER | ) | |

## **ORDER**

Upon consideration of the government's motion to reschedule (Doc. # 20), filed February 21, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The telephone pretrial conference is **rescheduled from March 5, 2008 to 9:00 on March 4, 2008.** Counsel for the government is DIRECTED to set up the telephone conference call.

DONE, this 26th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

1