## IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | CASE NO. 1:07-CR-87-SRW |
| | * | |
| **RANDY M. KEIPER** | * | |
| Defendant. | | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, Randy M. Keiper, by and through counsel of record, and gives notice that he intends to change his plea from not guilty to guilty of the charges contained in the forthcoming Plea Agreement.

Respectfully submitted this the 4th day of March, 2008.

S/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice) (334) 263-4766 (Fax)
Email:  amskier@mindspring.com

## IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **Plaintiff,** | * | |
| | * | |
| **VS.** | * | **CASE NO. 1:07-CR-87-SRW** |
| | * | |
| **RANDY M. KEIPER** | * | |
| **Defendant.** | | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Hon. Emily M. Ruisanchez, Special Assistant US Attorney.

    S/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice) (334) 263-4766 (Fax)
Email:  amskier@mindspring.com