IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07cr87-SRW |
| | ) | |
| RANDY M. KEIPER | ) | |

## ORDER

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #23) filed on March 4, 2008, it is hereby

ORDERED that the defendant, RANDY M. KEIPER, appear with counsel before the undersigned Magistrate Judge on March 10, 2008 at 1:45 p.m. in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

Done, this 4th day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE