UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CR-00087-SRW |
| | ) | |
| RANDY M. KEIPER | ) | |

## MOTION FOR LEAVE TO DISMISS INFORMATION

Comes now the United States of America by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to dismiss the original Information heretofore filed in the above-styled cause as to RANDY M. KEIPER on the following grounds, to wit:  In the interest of justice.

Respectfully submitted this the 11th day of March, 2008.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg.5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
Email: emily.ruisanchez@us.army.mil
Georgia Bar: 142573

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CR-00087-SRW |
| | ) | |
| RANDY M. KEIPER | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Randy M. Keiper.

    Respectfully submitted,

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY

    /s/ Emily M. Ruisanchez
    EMILY M. RUISANCHEZ
    Special Assistant United States Attorney
    Soldier Service Center, Bldg. 5700
    Fort Rucker, Alabama 36362
    Telephone: (334) 255-9141
    Fax: (334) 255-1869
    E-mail: emily.ruisanchez@us.army.mil

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CR-00087-SRW |
| | ) | |
| RANDY M. KEIPER | ) | |

### ORDER

Upon consideration of the Motion for Leave to Dismiss the original Information heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____ day of _____ 2008.


_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE