IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR.NO. 1:07-cr-00087-SRW |
| | ) | [18 USC 13; Code of Ala. |
| V. | ) | 32-5A-190; Code of Ala. |
| | ) | 13A-11-10] |
| | ) | |
| RANDY M. KEIPER | ) | AMENDED INFORMATION |

RECEIVED

2008 MAR 12  A 8: 00

The United States Attorney charges:

## COUNT ONE

On or about the 23rd of November 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, RANDY M. KEIPER, did drive a motor vehicle carelessly and heedlessly in willful or wanton disregard for the rights or safety of persons or property, or without due caution and circumspection, in a manner so as to endanger or be likely to endanger any person or property, in violation of Title 18, Section 13, United States Code and Alabama Code Section 32-5A-190.

## COUNT TWO

On or about the 23rd of November 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, RANDY M. KEIPER, did appear in a public place under the influence of alcohol to the degree that he endangered himself or another person or property, in violation of Title 18, Section 13, United States Code and Alabama Code Section 13A-11-10.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*Emily M. Ruisanchez*
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
E-mail: emily.ruisanchez@us.army.mil